IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02857-PAB-KAS

AMG NATIONAL CORP., a Colorado corporation, and
AMG NATIONAL TRUST BANK,

    Plaintiffs,

v.

DAVID M. WRIGHT, and
KELLY L. WRIGHT,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket Nos. 25, 32, 52, 59, and 63] of Chief United States District Judge Philip A. Brimmer, it is

ORDERED that plaintiffs' Motion for Default Judgment [Docket No. 18] is GRANTED in part and DENIED in part.  It is further

ORDERED that default judgment is entered against defendant David M. Wright on the first, second, third, and sixth causes of action in the complaint.  It is further

ORDERED that defendant David M. Wright is enjoined from further publication or disclosure of plaintiffs' confidential information as defined by the Employee Agreement and the Director Agreement and from disparagement of plaintiffs, their officials, their directors, their employees, and their affiliates.  It is further

ORDERED that defendant David Wright shall pay plaintiffs attorneys' fees in the

amount of $33,764.65.  It is further

ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 58] is ACCEPTED.  It is further

ORDERED that, pursuant to Fed. R. Civ. P. 37(b), default judgment is entered against defendant Kelly Wright on the third and sixth causes of action in the complaint.  It is further

ORDERED that defendant Kelly Wright is enjoined from: (a) assisting defendant David Wright in further publication or disclosure of plaintiffs' "confidential information" as defined in section two of the Employee Agreement, *see* Docket No. 2-1 at 2, and section three of the Director Agreement, *see* Docket No. 2-2 at 2; and (b) from assisting defendant David Wright in the disparagement of plaintiffs, their officials, their directors, their employees, and their affiliates.  It is further

ORDERED that defendant Kelly Wright shall pay attorneys' fees in the amount of $4,735.00 and costs in the amount of $255.34.  It is further

ORDERED that plaintiffs' Motion to Dismiss Claims Four and Five [Docket No. 61] is GRANTED.  It is further

ORDERED that the fourth and fifth causes of action are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  It is further

ORDERED that judgment shall enter in favor of plaintiffs and against defendants.  It is further

ORDERED that plaintiffs are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: October 1, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk